MANDEVILLE (SHEEHY v.). See Case No. 12,740.

MANDEVILLE (SUTTON v.). See Cases Nos. 13,648–13,651.

---

## Case No. 9,017.

### MANDEVILLE et al. v. WASHINGTON.

[1 Cranch, C. C. 4.] [1]

Circuit Court, District of Columbia. April Term, 1801.

PRACTICE AT LAW — WRIT OF INQUIRY — PLAINTIFFS' OATH.

On a writ of inquiry the plaintiff's oath may be given in evidence of the amount of his claim.

On writ of inquiry. [Suit by Mandeville & Jamieson against Nathaniel Washington.]

THE COURT admitted an account supported by the plaintiffs' affidavit to be given in evidence to the jury, it having been stated

[1] [Reported by Hon. William Cranch, Chief Judge.]

by some of the bar and admitted by all, that such has been the practice in the district courts of the commonwealth of Virginia.